FILED
9/30/2021
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

AUSA Jared Hasten (312) 353-5354

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JAMES LEE MARTIN | Case No.:21-cr-0616<br>JEFFREY COLE<br>Magistrate Judge |

## AFFIDAVIT IN REMOVAL PROCEEDING

I, TROY BREJC, appearing by telephone before United States Magistrate Judge JEFFREY COLE and being duly sworn on oath, state that as a federal law enforcement officer I have been informed that an arrest warrant for JAMES LEE MARTIN has been issued by the U.S. District Court for the Northern District of Iowa in *United States v. Martin*, No. 2:18-cr-1038 in connection with a supervised release violation.

A copy of the arrest warrant also is attached.

*/s/ Troy Brejc* (JLH w/ consent)
TROY BREJC
Deputy U.S. Marshal
U.S. Marshal's Service

SUBSCRIBED AND SWORN by telephone before me this 30th day of September, 2021.

JEFFREY COLE
United States Magistrate Judge



# UNITED STATES DISTRICT COURT
for the
Northern District of Iowa

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| James Lee Martin | ) | Case No. 2:18-cr-1038-CJW-MAR |
| | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* James Lee Martin,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☑ Order of the Court

This offense is briefly described as follows:
Failure to appear for revocation hearing.

Date: 10/01/2020

*Issuing officer's signature*

City and state: Cedar Rapids IA

Paul A. Coberly, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
## CEDAR RAPIDS DIVISION

| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>JAMES LEE MARTIN,<br>Defendant. | HEARING MINUTES  Sealed: No |||||||
|---|---|---|---|---|---|---|---|
| | Case No.: 18-CR-1038 |||||||
| | Presiding Judge: C.J. Williams |||||||
| | Deputy Clerk: Nathan Peterson |||||||
| | Official Court Record: Patrice Murray  Contract? No |||||||
| | Contact Information: patrice_murray@iand.uscourts.gov |||||||
| Date: 10/1/2020 | Start: 9:00 AM | Adjourn: 9:04 AM | Courtroom: 3 | | |||
| Recesses: | --- || Time in Chambers: | --- | Telephonic? | No ||
| Appearances: | Plaintiff: | AUSA Tim Vavricek ||||||
| | Defendant: | Cory Goldensoph (defendant not present) ||||||
| | U.S. Probation: | Sara Campagna ||||||
| | Interpreter: | --- | | Language: | --- | Certified: --- | Phone: --- |
| TYPE OF PROCEEDING: | HEARING | Contested? | No | Continued from a previous date? | Yes |||
| STATUS CONFERENCE: | |||||||
| | Motion(s): | --- ||| Ruling: | --- ||
| | Matters discussed: |||||||
| | This proceeding was scheduled as a hearing on revocation of defendant's supervised release. Defendant failed to appear. Whereabouts unknown. Gov't requested that the Court issue a warrant for defendant's arrest. Defense counsel resisted.<br><br>Court issued warrant for defendant's arrest. |||||||
| | Witness/Exhibit List is | --- ||||||
| | The offering party must, within 3 days after the hearing, file in electronic form any exhibit that was not filed with a motion, resistance, or other filing related to this hearing. Pub. Admin. Order 09-AO-03-P (05/29/09), ¶7. |||||||
| | Miscellaneous: |||||||

Page **1** of **1**